■ MARGARET YARROBINO, Appellant, v BOWERY SAVINGS BANK, Respondent.—Appeal from an order of the Supreme Court, Westchester County, dated May 29, 1979, dismissed, without costs or disbursements. That order was superseded by so much of a further order of the same court, dated July 6, 1979, as, upon granting reargument, in effect adhered to the original determination denying plaintiff's motion for summary judgment. Order

dated July 6, 1979 affirmed insofar as reviewed, without costs or disbursements. No opinion. Hopkins, J. P., O'Connor, Lazer and Margett, JJ., concur.